Matter of the Estate of WILLIAM R. HOWLAND, Deceased.

(Surrogate's Court, New York County, October, 1919.)

**Transfer tax — determination of rate of taxation of remainder — life estates.**

> Where testamentary trustees may in their discretion pay any part of the principal of the residuary estate to the widow of their testator, the remainder, being subject to a transfer tax at the highest rate which under any contingency would be possible, should be added to the value of the widow's life estate for the purpose of determining the rate of taxation of such remainder.

APPEAL from an order assessing the transfer tax.

Stetson, Jennings & Russell, for petitioner.

Lafayette B. Gleason, for state comptroller.

FOWLER, S. The state comptroller contends upon this appeal from the order assessing a tax upon the estate of the decedent that the remainder after the life estate of the decedent's widow should be added to the value of her life estate for the purpose of determining the rate at which the remainder should be taxed.

The decedent gave to his widow a life estate in his residuary estate and then provided for the division of the remainder among his children, but he authorized his trustees in their discretion to pay to the widow any part of the principal of the residuary estate. The trustees under this power may pay to the widow the entire residuary estate, and as the Tax Law provides that remainders shall be taxed at the highest rate

which under any contingency would be possible, the remainder should be added to the value of the widow's life estate for the purpose of determining the rate of taxation. *Matter of Parker,* 226 N. Y. 260.

The order fixing tax will be modified accordingly.

Order modified.